UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU, | No. 2:23-cv-01201 KJM AC PS |
| Plaintiff, | |
| v. | ORDER |
| BANK OF AMERICA, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On June 23, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiff has not filed objections.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

The court acknowledges the magistrate judge's footnote about plaintiff's numerous cases filed in this district recently against various defendants consisting of similar allegations, which have been dismissed immediately for frivolity, including by the undersigned. *See, e.g.*, *Chiu v. Trump*, No. 2:22-cv-00764-KJM-AC; *see also* Findings and Recommendations at 3 n.1. Plaintiff is cautioned future frivolous filings may result in the entry of a vexatious litigant order against plaintiff, which would restrict plaintiff's ability to file in this court.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 23, 2023, are adopted in full;

2. All claims against all defendants should be DISMISSED with prejudice; and

3. The Clerk of Court is directed to CLOSE this case.

DATED: August 24, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE